# United States Court of Appeals
## For the First Circuit

No. 22-1862

ANTHONY D. GULLUNI,

District Attorney for Hampden County, in his official capacity,

Plaintiff, Appellant,

v.

JOSHUA S. LEVY,

Acting U.S. Attorney for the District of Massachusetts,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on October 30, 2023, is amended as follows:

On page 14, line 19, de-underline the space after "Co."